JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONWIDE MORTGAGE COMPANY, INC.,<br><br>Defendant. | CASE NO. 8:23-cv-01553-JVS-DFM<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br>[47] |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**It is SO ORDERED.**

DATED: June 16, 2025

_____
HON. JAMES V. SELNA
United States District Judge